THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 2:13-cv-00029-MR-DLH

| | |
|---|---|
| CORINNE L. REID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| STEVE T. SPACEK, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The trial of this matter is currently scheduled to commence with a jury during the first civil trial term beginning on or after September 22, 2014 in the Bryson City Division. [Doc. 6]. The closure of the Bryson City Division necessitates resetting this matter during a civil trial term in the Asheville Division.

**IT IS, THEREFORE, ORDERED** that the Pretrial Order and Case Management Plan [Doc. 6] is hereby **AMENDED**, and the trial of this matter shall be scheduled to commence with a jury during the first civil trial term beginning on or after **November 10, 2014** in the **Asheville Division**.

**IT IS SO ORDERED.**

Signed: January 15, 2014

Martin Reidinger
United States District Judge