THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 2:13-cv-00029-MR-DLH

| | |
|---|---|
| CORINNE L. REID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| STEVEN T. SPACEK, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte*.

On August 7, 2013, the Court entered a Pretrial Order and Case Management Plan, ordering mediation to occur in this case on or before April 15, 2014. [Doc. 6]. To date, no report has been filed regarding the parties' mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within seven (7) days of the entry of this Order advising the Court of the result of the parties' mediation.

**IT IS SO ORDERED.**   Signed: May 8, 2014

Martin Reidinger
United States District Judge