THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 2:13-cv-00029-MR-DLH

| | |
|---|---|
| CORINNE L. REID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| STEVEN T. SPACEK, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's "Dismissal as to Punitive Damages" [Doc. 13], which the Court construes as a motion to dismiss the punitive damages claim.

Upon review of the Plaintiff's motion, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Dismissal as to Punitive Damages" [Doc. 13], which the Court construes as a motion to dismiss the punitive damages claim, is **GRANTED**, and the Plaintiff's punitive damages claim is hereby **DISMISSED**.

**IT IS SO ORDERED.**   Signed: May 15, 2014

Martin Reidinger
United States District Judge